UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARIA ALVES, *et al.*,

                      Plaintiffs,                **ORDER**

            -against-                           16 Civ. 1593 (KMK)(JCM)

AFFILIATED CARE OF PUTNAM, INC.,
*et al.*

                      Defendants.
-------------------------------------------------------x

      Plaintiffs, Defendants and Non-Party Cristina Bleakley ("Ms. Bleakley") appeared at an in-person conference on October 11, 2018 ("Conference") before the undersigned. The Court heard oral argument on Ms. Bleakley's October 5, 2018 letter requesting reconsideration of the Court's October 1, 2018 Order, (Docket No. 120). The Court grants Ms. Bleakley's request in part as follows:

(1)    The forensic investigator ("Investigator") is permitted to conduct an offsite search of Ms. Bleakley's Hotmail account using the search terms agreed-upon at the Conference;

(2)    The search of Ms. Bleakley's Hotmail account is limited to the timeframe of May 4, 2015 to March 2, 2016;

(3)    Ms. Bleakley must have remote access to view the search as it is being conducted;

(4)    Access to Ms. Bleakley's Hotmail account must be obtained in the least intrusive manner possible;

(5)    If possible and not overly burdensome, the search must be conducted in real-time. If the Investigator is unable to perform a real-time search, he must restrict his e-mail downloads to those which are necessary to complete the task;

- 2 -

(6) Any software installed on Ms. Bleakley's computer must be deleted by the Investigator upon completion of the search;

(7) Any non-responsive e-mails downloaded during the search must be deleted by the Investigator upon completion of the search;

(8) The search is to take place on a Friday. By close of business on October 12, 2018, Ms. Bleakley is directed to notify the parties whether she is available on October 19, 2018, October 26, 2018 or November 2, 2018;

(9) The Investigator must provide Ms. Bleakley with a written description of how the search will be conducted and approximately how long it will take to complete at least three (3) days before the date of the search; and

(10) Plaintiffs will produce to Defendants all relevant e-mails between McCabe & Mack LLP and Ms. Bleakley from May 4, 2015 to the present.

The Clerk is respectfully requested to mail a copy of this Order to Cristina Bleakley at 55 Sherman Hill Road, Dover Plains, NY 12522

Dated: October 11, 2018
        White Plains, New York

SO ORDERED:

*Judith C. McCarthy*
JUDITH C. McCARTHY
United States Magistrate Judge