UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Maria Alves, et al.,

                    Plaintiff,                   16 CV 01593 (KMK)

-v-                                    CALENDAR NOTICE

Affiliated Care of Putnam, Inc.,

                    Defendants.

------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument

on Plaintiffs' Motion to Amend/Correct Opt-In Notice before the Honorable Kenneth M. Karas,

United States District Judge, on Thursday, January 30, 2020 at 3:00 p.m. in Courtroom 521,

U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at

least ten business days beforehand.

Dated: December 10, 2019
       White Plains, New York

                                 So Ordered

                                 Kenneth M. Karas, U.S.D.J