# FELSENFELD LEGAL, PLLC

## Steven Felsenfeld, Esq., Principal

Tel.: (914) 844-4911, Fax: (914) 631-2005, Email: steve@felsenfeldlegal.com

ALL CORRESPONDENCE & SHIPPING TO:
P.O. BOX 3094
Ossining, NY 10562

August 5, 2020

**VIA ECF**
Hon. Kenneth M. Karas, D.J.
USDC - SDNY
300 Quarropas Street
White Plains, New York 10601

Re: <u>Alves v. Affiliated, etc.</u>; Case No. 16-CV-1593 (KMK/JCM)

Dear Judge Karas:

As you are aware, this office is counsel to Defendants. On July 6, 2020, the Court offered its MEMO ENDORSEMENT that: "The revised briefing schedule is approved, but there will be no further extensions." SO ORDERED. ECF 228.

Unfortunately, as you are also aware, Tropical Storm Isaias arrival yesterday afternoon and devastatingly impacted Ossining (where I am located), as well as Mahopac (where my clients are located) with losses of power. With responsive papers due today, I have lost many precious hours of time at the most critical of times, and so humbly request based upon such Act of God a 24-hour extension of to and including August 6, 2020.

Plaintiffs counsel has consented to this request, and the Court is prayed to so grant; and thus is respectfully requested to approve the following revised dates for submissions:

| | |
|---|---|
| Thursday, August 6, 2020 | Defendants' Opposition (and Cross Motion(s), if any) |
| Monday, September 7, 2020 | Plaintiffs' Motion Reply (and Opposition, if any) |
| Wednesday, October 7, 2020 | (Defendants' Motion Reply, if any) |

The Court is respectfully thanked in advance for its consideration hereof.

Granted.
Ordered.
*[signature]*
8/5/20

Respectfully submitted,

/S

Steven Felsenfeld

cc: Daniel Stafford, Esq./Nathaniel Charny, Esq.

*60 East 42nd Street, Suite 4600, New York, NY 10165 – 212-485-9849*

*445 Hamilton Avenue, Suite 1102, White Plains, NY 10601 – 914-220-8377*