

# FELSENFELD LEGAL, PLLC

## Steven Felsenfeld, Esq., Principal

Tel.: (914) 844-4911, Fax: (914) 631-2005, Email: steve@felsenfeldlegal.com

ALL CORRESPONDENCE & SHIPPING TO:
P.O. BOX 3094
Ossining, NY 10562

August 7, 2020

**VIA ECF**
Hon. Kenneth M. Karas, D.J.
USDC - SDNY
300 Quarropas Street
White Plains, New York 10601

Re: <u>Alves v. Affiliated, etc.; Case No. 16-CV-1593 (KMK/JCM)</u>

Dear Judge Karas:

As you are aware, this office is counsel to Defendants. On August 5, 2020, the Court graciously endorsed my request for an extra day based upon Tropical Storm Isaias. I am embarrassed to say, but somehow notwithstanding that I did not have electrical problems on the 6th day of August, and have been up and diligently working to complete my task since before 7:30 a.m. on that day; while I am edging much closer, as of this writing I have yet to complete my efforts on my clients' behalf.

I reached out to your Chambers a few minutes ago with this upsetting and unprecedented (for me), turn of events; and it was suggested I request a further day's extension which I humbly pray his Honor to grant. Thankfully, I can offer that the dates presently set for Opposition and/or Reply would not be impacted thereby.

The Court is respectfully thanked in advance for its consideration hereof.

Granted.                                           Respectfully submitted,

So Ordered.

*/s/ K. Karas*
8/7/20                                             Steven Felsenfeld

cc: Daniel Stafford, Esq./Nathaniel Charny, Esq.

60 East 42nd Street, Suite 4600, New York, NY 10165 – 212-485-9849

445 Hamilton Avenue, Suite 1102, White Plains, NY 10601 – 914-220-8377