UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA ALVES, individually, and on behalf of all others similarly situated,

          Plaintiff,

v.

AFFILIATED HOME CARE OF PUTNAM, INC., and BARBARA KESSMAN, in her individual capacity,

          Defendants.

No. 16-CV-1593 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

The Court will reopen discovery for 60 days. The Parties must serve all additional interrogatories and document production requests, and complete all additional depositions, within this period. The Court will also allow the Parties to complete any additional expert disclosures—including reports, production of documents, and depositions—within this same 60-day window, thus mooting Plaintiffs' pending request for a preclusion and sanctions order, (*see* Dkt. Nos. 244, 245, 247, 248). In view of this reopened discovery period, Plaintiffs' Motion for Class Certification and Final Certification of the Collective Action, (Dkt. No. 215), Plaintiffs' Motion for Summary Judgment, (Dkt. No. 217), and Defendants' Cross-Motion for Summary Judgment, (Dkt. No. 233), are denied without prejudice and with leave to renew at the conclusion of discovery. The Clerk of Court is respectfully directed to terminate the pending motions, (Dkt. Nos. 215, 217, 244).

SO ORDERED.

DATED:    October 29, 2020
             White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE