**MEMO ENDORSED**

# FELSENFELD LEGAL, PLLC

## Steven Felsenfeld, Esq., Principal

Tel.: (914) 844-4911, Fax: (914) 631-2005, Email: steve@felsenfeldlegal.com

ALL CORRESPONDENCE & SHIPPING TO:
P.O. BOX 3094
Ossining, NY 10562

April 9, 2021

**VIA ECF**
Hon. Kenneth M. Karas, D.J.
USDC - SDNY
300 Quarropas Street
White Plains, New York 10601

Re: <u>Alves v. Affiliated, etc.; Case No. 16-CV-1593 (KMK/JCM)</u>

Dear Judge Karas:

As you are aware, this office is counsel to Defendants; and I write to request adjournment of the scheduled "status conference before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, April 22, 2021 at 11:00 a.m."

The undersigned has a previously scheduled visit to his mother in Florida from April 22 through April 26, 2021, and thus requests that such "status conference" be rescheduled to occur on or after April 27, 2021.

The Court is respectfully thanked in advance for the anticipated courtesy of His Honor rescheduling said "status conference," and apologizes to it and plaintiffs' counsel for any inconvenience caused thereby.

Respectfully submitted,

/S

Steven Felsenfeld

cc: Daniel Stafford, Esq./Nathaniel Charney, Esq.

*Granted. The Court will hold a teleconference on 5/10/2021 at 12:00 p.m.*

**SO ORDERED**

KENNETH M. KARAS, U.S.D.J.
4/12/2021

60 East 42nd Street, Suite 4600, New York, NY 10165 – 212-485-9849
445 Hamilton Avenue, Suite 1102, White Plains, NY 10601 – 914-220-8377