MEMO ENDORSED

# FELSENFELD LEGAL, PLLC

## Steven Felsenfeld, Esq., Principal

Tel.: (914) 844-4911, Fax: (914) 631-2005, Email: steve@felsenfeldlegal.com

ALL CORRESPONDENCE & SHIPPING TO:
P.O. BOX 3094
Ossining, NY 10562

October 4, 2023

**VIA ECF**
Hon. Kenneth M. Karas, D.J.
USDC - SDNY
300 Quarropas Street
White Plains, New York 10601

Re: Alves v. Affiliated, etc.; Case No. 16-CV-1593 (KMK/JCM)

Dear Judge Karas:

As you are aware, this office is counsel to Defendants. I am in receipt of the Honorable Court's setting of a conference date. Unfortunately, I am out of state for a wedding from late afternoon of October 18 to late afternoon of October 23, 2023.

I am presently wide open on Tuesday October 24 (from 10:30 on), Friday October 27, 2023, and October 30 to November 3, 2023 (while in a CLE conference Wednesday to Thursday October 25-26, 2023).

The Court is respectfully requested to grant an adjournment of conference to one of the aforementioned dates, with which counsel for Plaintiff has joined, and His Honor is thanked in advance for the courtesies and understanding.

Given that it will be conducted by telephone, the conference will go forward as scheduled.

So Ordered.
10/4/23

Respectfully submitted,

/S

Steven Felsenfeld

cc: Daniel Stafford, Esq./Nathaniel Charny, Esq.

*60 East 42nd Street, Suite 4600, New York, NY 10165 – 212-485-9849*
*445 Hamilton Avenue, Suite 1102, White Plains, NY 10601 – 914-220-8377*