Daniel S. Bretzius, Esq. (*Pro Hac Vice*)
Dan B Law PLLC
75 South Main Street, #272
Concord, NH 03301
Dan@DanBLaw.com

Attorney for Defendants
Affiliated Home Care of Putnam, Inc.
and Barbara Kessman

**MEMO ENDORSED**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maria Alves, Louise Henry, Camile Jones, Paula Simmonds, Leny Smith, Anna Maria Silva, and Dirce Freires, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Affiliated Home Care of Putnam, Inc. and Barbara Kessman, in her individual capacity,<br><br>Defendants. | Case No. 16-CV-01593-KMK |

**DEFENDANTS' NOTICE OF MOTION TO
DECERTIFY COLLECTIVE ACTION AND CLASS ACTION**

1

1   PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support
2   of Defendants' Motion to Decertify Collective Action and Class Action, Defendants hereby
3   move this Court, at a time and place to be determined by the Court, for an order decertifying
4   and dismissing: (1) the parties and claims proposed as a collective action under 29 U.S.C. §
5   256 and the Fair Labor Standards Act ("FLSA"); and (2) the parties and claims proposed as
6   a class action comprising three subclasses under Fed. R. Civ. P. 23 and New York Labor
7   Law ("NYLL").

Respectfully submitted,

DATED: December 19, 2023

By: /s/ Daniel S. Bretzius
Daniel S. Bretzius, Esq.
(*Pro Hac Vice*)
Dan B Law PLLC
75 South Main Street, #272
Concord, NH 03301
Dan@DanBLaw.com

Attorney for Defendants
Affiliated Home Care of Putnam, Inc.
and Barbara Kessman

Defendants' Motion to Decertify is denied without prejudice for failure to comply with the Court's Individual Rules of Practice.

SO ORDERED.

*[signature: KMK]*

6/12/2024

2
DEFENDANTS' NOTICE OF MOTION TO DECERTIFY COLLECTIVE ACTION AND CLASS ACTION