UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Maria Alves,                                                             16-cv-01593  (KMK)

                Plaintiff,

          -against-                                        CALENDAR NOTICE

Affiliated Care of Putnam, Inc., et al.,

                Defendants.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference

before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, April 23,

2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: April 9, 2026
       White Plains, New York

                               So Ordered

                               Kenneth M. Karas, U.S.D.J