# Charny & Wheeler P.C.

Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

April 14, 2026

By ECF
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:    Alves v. Affiliated Home Care of Putnam, Inc. et al.
       Civil Action No. 7:16-cv-1593 (KMK)

Dear Judge Karas:

This office is co-counsel to the plaintiffs in this matter, which is scheduled for a telephone status conference on April 23, 2026 at 10:00 am.  I write with consent of all counsel to request a new date for the status conference as I have an irreconcilable conflict on April 23, 2026.

We are available the following day, April 24, 2026 at 10:00 should the Court's calendar permit. Otherwise, we ask for a new date thereafter.

Thank you for your attention and courtesies.

*Granted. The conference is moved to 4/24/26, at 10:30 Via teleconference So Ordered.*

Respectfully submitted:

*[signature]*

Nathaniel K. Charny

*[signature] 4/14/26*

cc:    All Counsel (by ECF)