UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ALVES, *individually and on behalf of all others similarly situated*, et al.

*Plaintiffs*,

v.

AFFILIATED CARE OF PUTNAM, et al.

*Defendants*.

No. 16-CV-1593 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For reasons that will be explained on the record on July 23, 2026, at the Final Pretrial Conference, Defendants' Motion to Dismiss for Lack of Jurisdiction and Standing, (Dkt. No. 371), is denied. The Clerk of Court is respectfully directed to terminate the Motion pending at Dkt. No. 371.

SO ORDERED.

DATED: July 17, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE