UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ALVES, *individually and on behalf of all others similarly situated*, et al.

*Plaintiffs*,

v.

AFFILIATED CARE OF PUTNAM, et al.

*Defendants*.

No. 16-CV-1593 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiffs shall file any Memorandum of Law in support of the Motion to Substitute (Dkt. No. 373) by no later than July 20, 2026. Defendants shall file any opposition by no later than July 22, 2026. The Parties are reminded that there is a strict page limit, which will be extended only in extreme circumstances. The Court will address this Motion at the Final Pre-Trial Conference.

SO ORDERED.

DATED: July 17, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE