UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ALVES, *individually and on behalf of all others similarly situated*, et al.

*Plaintiffs*,

v.

AFFILIATED CARE OF PUTNAM, et al.

*Defendants*.

No. 16-CV-1593 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons set forth at the final pretrial conference today, the Court grants Plaintiffs' Motion to Substitute, (Dkt. No. 373). The Court also set forth the reasons for its earlier denial of Defendants' Motion to Dismiss, (Dkt. No. 371).

Regarding the other issues raised by the Parties, Plaintiffs shall file their letter in support of their requests to introduce Louise Henry's testimony by deposition transcript and request to have the Court calculate damages by no later than 5:00 PM on July 24, 2026. Defendants shall file their opposition by no later than 5:00 PM on July 26, 2026.

SO ORDERED.

DATED: July 23, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE