UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ALVES, *et al.*,

Plaintiffs,

v.

AFFILIATED CARE OF PUTNAM, INC., *et al.*,

Defendants.

No. 16-CV-1593 (KMK)

KENNETH M. KARAS, United States District Judge:

On July 28, 2026 at 3:27 PM, the Court received an email from Plaintiff's counsel, copying Defendants' counsel, proposing the following:

> First, at the close of proceedings today, Defendants' counsel raised the issue of the docket's note of the 10/21/2020 "termination" of 24 plaintiffs from the caption. We have spoken with the Clerk's office to figure out what happened since there is no explanation on the docket, and we were advised as follows. The Case Openings Clerk terminated those individuals from the docket only because they were not specifically identified as named plaintiffs the caption of Plaintiffs' second amended complaint which was filed the day before (10/20/2020). Given that the opt-in forms remain on the docket for each of these individuals, it is proposed the administrative "termination" is of no import and it would be a manifest injustice to exclude these individuals from recovery. (The only exception is Linotte Dhaiti, who affirmatively requested and was removed as a party for all purposes.)
>
> Second, and in any case, Plaintiffs propose that we withdraw the FLSA claims entirely, and have the jury instructed only on the NY State law claims, which include the already certified classes – of which these individuals are putative members depending on the jury's verdict and without regard to the administrative "termination" of the 23 individuals. As the Court is aware, it is not uncommon to streamline the jury instruction process in this exact context by relying exclusively on the state law claims, which is what Plaintiffs propose.

Plaintiffs' counsel is directed to file a letter to this effect on the docket by no later than 7:00 PM this evening. Additionally, Plaintiffs' counsel is directed to explain in the letter the effect of the

proposed withdrawal of the FLSA claims on this Court's subject matter jurisdiction over this Action in light of the Supreme Court's decision in *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22 (2025). *See also Leifer v. Good Samaritan Hospital*, No. 24-CV-7672, 2026 WL 1948404, at *7 (S.D.N.Y. July 2, 2026) (discussing application of the *Royal Canin* rule).

SO ORDERED.

DATED: July 28, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE